UNITED STATES of America,
Plaintiff–Appellee,

v.

Dave ROBERSON, III, Defendant–
Appellant.

No. 09–10519

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 30, 2009.

Edward J. Coleman, III (Court–Appointed), Surrett & Coleman, P.A., Augusta, GA, for Roberson.

James C. Stuchell, Savannah, GA, for U.S.

Before TJOFLAT, EDMONDSON and BLACK, Circuit Judges.

PER CURIAM:

Dave Roberson, III, appeals his 300–month sentence for robbery of a commercial business, in violation of 18 U.S.C. § 1951, and brandishing a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c). Roberson asserts his prior Georgia conviction for a walkaway escape did not constitute a predicate "crime of violence" qualifying him for sentencing as a career offender under the Sentencing Guidelines. U.S.S.G. §§ 4B1.1(a), 4B1.2(a).

The Government concedes that, in light of the recent decision in *Chambers v. United States*, — U.S. ——, 129 S.Ct. 687, 172 L.Ed.2d 484 (2009), "Roberson's escape conviction, based upon a walkaway escape, did not constitute a crime of violence" under U.S.S.G. § 4B1.2. We agree with the Government's concession. Thus, we vacate and remand for resentencing.

VACATED AND REMANDED.